**No. 67290.**—Daido Corporation *v.* United States, protest 60/16132 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of parts of steel chains used for the transmission of power, of not more than 2-inch pitch and containing more than three parts per pitch, valued at over 40 cents per pound, and that the parts of chains in controversy are not parts of bicycles, the claim of the plaintiff was sustained.

**No. 67291.**—General Motors Overseas Operations *v.* United States, protests 60/8135 and 60/26600 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of parts for metal scrap balers similar in all material respects to those the subject of *United States* v. *Kurt Orban Co., Inc.* (47 CCPA 28, C.A.D. 724), the claim of the plaintiff was sustained.